UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MEAGAN NICOLE ROBINSON,

Plaintiff(s),

v.                                                        Case No. 21-4013-JWB-ADM

LIFETIME BRANDS, INC.,

Defendant

## NOTICE OF SERVICE

COMES NOW the Plaintiff, Meagan N. Robinson, by and through counsel of record,

Dustin L. Van Dyk, and hereby notifies the Court that the **Supplemental Rule 26 Disclosures of**

**Plaintiff** were e-mailed to defense counsel along with the documents listed in such disclosure on

June 23, 2021.

Respectfully submitted,

*/s/ Dustin Van Dyk*
**DUSTIN VAN DYK, # 23313**
Palmer Law Group, L.L.P.
2348 SW Topeka Boulevard
Topeka, KS 66611-1286
dvandyk@jpalmerlaw.com
(785) 233-1836 (Office)
(785) 233-3703 (Fax)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using the electronic filing system which will send a notice of electronic filing to the following:

Kathryn Regier
Sandberg Phoenix P.C.
Lifetime Brands, Inc
600 Washington Ave 15th Fl
St Louis, MO 63101
(314) 231-3332
Attorney for Defendant

Stephen Strum
Sandberg Phoenix P.C.
600 Washington Ave 15th Fl
St Louis, MO 63101
(314) 231-3332
Attorney for Defendant

*/s/ Dustin Van Dyk*
**DUSTIN VAN DYK**