IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA, KANSAS

| | | |
|---|---|---|
| *MEAGAN NICOLE ROBINSON,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:21-cv-04013-JWB-ADM |
| *LIFETIME BRANDS, INC.,* | ) | |
| | ) | |
| Defendant. | ) | |

---

**CERTIFICATE OF SERVICE**
**SUPPLEMENTAL INITIAL DISCLOSURES**

The undersigned attorney hereby certifies that on July 9, 2021, Defendant Lifetime Brands, Inc.'s Supplemental Rule 26(a)(1) Initial Disclosures were served by electronic mail on the following:

Dustin L. Van Dyk
Susan R. Gering
Palmer Law Group LLP
2348 SW Topeka Blvd., #100
Topeka, KS  66611
dvandyk@jpalmerlaw.com
sgering@jpalmerlaw.com
*Attorneys for Plaintiff*

SANDBERG PHOENIX & von GONTARD P.C.

By:   /s/ *Kathryn A. Regier*
Kathryn A. Regier, KS # 16041
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
(816) 425-9683
(816) 627-5532 (Fax)
kregier@sandbergphoenix.com

Stephen M. Strum, (admitted pro hac vice)
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
sstrum@sandbergphoenix.com

*Attorneys for Defendant Lifetime Brands, Inc.*

## Certificate of Service

I hereby certify that on July 9, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the following:

Dustin L. Van Dyk
Susan R. Gering
Palmer Law Group LLP
2348 SW Topeka Blvd., #100
Topeka, KS  66611
dvandyk@jpalmerlaw.com
sgering@jpalmerlaw.com

*Attorneys for Plaintiff*

 /s/ Kathryn A. Regier
*Attorney for Defendant Lifetime Brands, Inc.*

2

15504605