UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MEAGAN NICOLE ROBINSON,

          Plaintiff(s),

v.                                   Case No. 21-4013-JWB-ADM

LIFETIME BRANDS, INC.,

          Defendant

## NOTICE OF SERVICE

COMES NOW the Plaintiff, Meagan N. Robinson, by and through counsel of record, Dustin L. Van Dyk, and hereby notifies the Court that the **Supplemental Rule 26 Disclosures of Plaintiff** was e-mailed to defense counsel along with the documents listed in such disclosure on August 25, 2021.

                                                   Respectfully submitted,

                                                  */s/ Dustin Van Dyk*
                                                  **DUSTIN VAN DYK, # 23313**
                                                  Palmer Law Group, L.L.P.
                                                  2348 SW Topeka Boulevard
                                                  Topeka, KS 66611-1286
                                                  dvandyk@jpalmerlaw.com
                                                  (785) 233-1836 (Office)
                                                  (785) 233-3703 (Fax)
                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify on this 25th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the electronic filing system which will send a notice of electronic filing to the following:

Kathryn Regier
Sandberg Phoenix P.C.
Attorney for Defendant(s)
Lifetime Brands, Inc.
600 Washington Ave 15th Fl
St Louis, MO 63101
(314) 231-3332
kregier@sandbergphoenix.com

Stephen Strum
Sandberg Phoenix P.C.
Attorney for Defendant(s)
Lifetime Brands, Inc.
600 Washington Ave 15th Fl
St Louis, MO 63101
(314) 231-3332
sstrum@sandbergphoenix.com

*/s/ Dustin Van Dyk*
**DUSTIN VAN DYK**